

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2021

No. 04-21-00267-CR

Sean **EARL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4828W
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Because it appeared the notice of appeal was potentially untimely filed, we ordered appellant to show cause in writing by September 1, 2021, why this appeal should not be dismissed for lack of jurisdiction. Appellant responded with a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C). Accordingly, we deem the notice of appeal timely filed and retain the appeal on the docket of this court.

On July 19, 2021, appellant filed a motion to recalculate the due date for filing appellant's brief, stating the reporter's record on file in this court was not yet complete. On August 6, 2021, the final outstanding volume of the reporter's record was filed in this court. Accordingly, appellant's motion to recalculate the due date for filing his brief is DENIED AS MOOT. It is ORDERED that Appellant's brief is due thirty (30) days from the date of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court